**Marquis & Aurbach**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@marquisaurbach.com
  Attorneys for LVMPD Defendants

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| DAVID SCHWARTZ,<br><br>      Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN CORPORATION d/b/a FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; D. ANDERSON, P#6363; C. HALL, P#6060; R. MEYERS, P#8090; and DOE DEFENDANTS 1-10,<br><br>      Defendants. | Case No.: 2:09-cv-01151-PMP-RJJ |

### NOTICE OF CHANGE OF ATTORNEY

PLEASE BE ADVISED THAT Kendelee Leascher Works, Esq., is no longer with the law firm of Marquis & Aurbach. Therefore, this law firm respectfully requests that the e-mail addresses of kleascher@marquisaurbach.com and jplecher@marquisaurbach.com be removed from the electronic mailing list regarding the above-referenced action.

Dated this ___ day of July, 2010.

MARQUIS & AURBACH

By _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD,
Anderson, Hall, and Meyers

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: JULY 7, 2010